UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMY WATSON

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 15-787-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated February 26, 2017 (doc. no. 13).

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.D. § 405(g), the final decision of the Acting Commissioner of Social Security Carolyn W. Colvin, denying the application for Supplemental Security Income benefits filed by plaintiff Amy Watson, is AFFIRMED and this action is DISMISSED.

Baton Rouge, Louisiana, this ____ day of March, 2017.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA